IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 4:24-cr-00098-RSB-CLR-5 |
| ERICK COLLINS | |

ORDER GRANTING LEAVE OF ABSENCE

Motion for leaves of absence has been requested by Molly Hiland Parmer, counsel for Defendant Erick Collins, in this case for the following dates:

- April 7, 2025 through and including April 11, 2025, personal leave.

- April 28, 2025 and April 29, 2025, personal leave.

- June 2, 2025 through and including June 6, 2025, for work-related travel and to speak at a Maine Association of Criminal Defense Lawyers Conference.

- July 9, 2025 through and including July 11, 2025, to attend a National Association of Criminal Defense Attorney's Conference and Board Meeting.

The above and foregoing requests for leave of absence are approved by this Court.

SO ORDERED, this 25th day of February 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Prepared by:
Molly Hiland Parmer
Attorney for Mr. Collins